UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

TERRY MITCHELL,

               Defendant.
------------------------------------------------------------- x

23-CR-198 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Bail Hearing is set for **April 27, 2023** at **3:30 p.m.**

**SO ORDERED.**

**Dated:**    New York, New York
            April 24, 2023

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**