```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
------------------------------------------- x   DOC#: _____
UNITED STATES OF AMERICA,                   :   DATE FILED: 6-28-23
                                            :
                          Plaintiff,        :
                                            :   23 CR 198 (ALC)
            -against-                       :
                                            :   ORDER
TERRY MITCHELL,                             :
                                            :
                          Defendant.        :
                                            :
                                            :
------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for June 29, 2023 is rescheduled to **1:00 p.m.**

**SO ORDERED.**

Dated:   New York, New York
         June 28, 2023

_____
ANDREW L. CARTER, JR.
United States District Judge