USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-28-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                            **ORDER**
                                                            23-CR-198 (ALC)

-against-

Terry Mitchell,
-----------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the status conference scheduled for October 12, 2023 is rescheduled to **11:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
         September 28, 2023

                                                    **ANDREW L. CARTER, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**