UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
: 
UNITED STATES OF AMERICA, :
:
                               *Plaintiff*, :      1:23-cr-00198 (ALC)
:
      -against- :      **ORDER**
:
TERRY MITCHELL, :
:
                             *Defendant.* :
:
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The parties are directed to be prepared to answer the following questions during tomorrow's oral argument:

- Is the gun Defendant was convicted for possessing the same gun that allegedly used to threaten his neighbors?

- Under the *Bruen* framework, which facts of the case should the Court examine?

- How does Defendant's status as an individual with nonviolent felony convictions affect the analysis under the *Bruen* framework?

- When considering an as-applied claim in the context of the Second Amendment, which facts of the case should the Court examine?

- The government has presented evidence of the existence of religious and race-based arms restrictions in England and in the colonial era. When undertaking a *Bruen* analysis, how can and should the Court rely on these restrictions, which would be unconstitutional today, to justify Section 922(g)(1)?

**SO ORDERED.**

**Dated:    September 13, 2023**
             **New York, New York**

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**