UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                         :

  UNITED STATES OF AMERICA,           :

                                        :

                           *Plaintiff*,    :      1:23-cr-00198 (ALC)

                                        :

        -against-                 :      **AMENDED ORDER**

                                        :

  TERRY MITCHELL,                :

                                        :

                          *Defendant*.    :

                                        :

------------------------------------------------------------------- :
                                         x

**ANDREW L. CARTER, JR., District Judge:**

      Tomorrow's oral argument will follow the following schedule:

- Defendant will have 8 minutes for opening arguments;

- Plaintiff will have 8 minutes for its response;

- Defendant will have 3 minutes for rebuttal;

- Plaintiff will have 3 minutes for rebuttal.

      The parties are directed to be prepared to answer the following questions during

tomorrow's oral argument:

- Is the gun Defendant was convicted for possessing the same gun that allegedly used to threaten his neighbors?

- Under the *Bruen* framework, which facts of the case should the Court examine?

- How does Defendant's status as an individual with nonviolent felony convictions affect the analysis under the *Bruen* framework?

- When considering an as-applied claim in the context of the Second Amendment, which facts of the case should the Court examine?

- The government has presented evidence of the existence of religious and race-based arms restrictions in England and in the colonial era. When undertaking a *Bruen* analysis, how can and should the Court rely on these restrictions, which would be unconstitutional today, to justify Section 922(g)(1)?

**SO ORDERED.**

**Dated:**       **October 26, 2023**
              **New York, New York**

_____

      **ANDREW L. CARTER, JR.**
     **United States District Judge**