UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                              :

UNITED STATES OF AMERICA,         :

                                  :

                -against-         :         1:23-cr-00198 (ALC)

                                  :         **ORDER**

                                  :

TERRY MITCHELL,             :

                         *Defendant*.    :

                                  :

------------------------------------------------------------------ :
                                              :
                                            x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Attorney General Garland's petition for a writ of certiorari to

the Third Circuit in *Range v. Att'y Gen. United States of Am.*, 69 F.4th 96 (3d Cir. 2023).

Defendant may file a written response, if any, by November 3, 2023.

**SO ORDERED.**

**Dated:**    **October 27, 2023**
           **New York, New York**         _____

                                              **ANDREW L. CARTER, JR.**
                                             **United States District Judge**