```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
------------------------------------- x   DOC#: _____
UNITED STATES OF AMERICA,             :   DATE FILED: 12-13-23
                                      :
                          Plaintiff,  :
                                      :   23-CR-198 (ALC)
             -against-                :
                                      :   ORDER
TERRY MITCHELL,                       :
                                      :
                          Defendant.  :
                                      :
------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference set for December 19, 2023, at 3:00 p.m. is converted to a Change of Plea Hearing.

**SO ORDERED.**

Dated:   New York, New York
         December 12, 2023

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**